THE LAW OFFICES OF

## STEVEN L. KESSLER

August 22, 2013

*U.S. DISTRICT COURT*
*N.D. OF N.Y.*
*RECEIVED*
*AUG 2 3 2013*
*LAWRENCE K. BAERMAN, CLERK*
*ALBANY*

**BY FEDERAL EXPRESS**
Clerk of the Court
United States District Court
James T. Foley Courthouse
445 Broadway
Albany, N.Y. 12207

Re: *United States v. $214,067.00 in U.S. Currency*
    Index No. 13-CV-0750 (TJM/CFH)

Dear Sir:

This office represents the Claimant Eric Sobaczewski in the referenced civil forfeiture proceeding.

Enclosed please find originals of Claimant's Statement Pursuant to Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims. I would appreciate if your office would stamp the pages marked "Copy" and return them to us in the enclosed self-addressed, post-paid envelope.

Thank you in advance for your courtesies.

Sincerely,

Steven L. Kessler

SLK:rmaf
Encls.