**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**UNITED STATES OF AMERICA,**

     **Plaintiff,**
  v.　　　　　　　　　　　　　　　　Civil Action No. 1:13-cv-750
　　　　　　　　　　　　　　　　　　　　　　　(TJM/CFH)

**$214,067.00 in U.S. Currency**

                         **Defendant.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Motion By: | Richard S. Hartunian. <br> United States Attorney <br><br> By: Gwendolyn E. Carroll, Esq. <br> Assistant United States Attorney <br> Bar Roll No. 515777 |
| Time and Place of Hearing: | November 11, 2013 at 10:00 a.m. before Hon. Thomas J. McAvoy to be held at the United States District Courthouse in Albany, New York |
| Relief and Basis: | An Order granting Plaintiff's Motion to Strike Claimant's Counterclaim and for such other and further relief as the Court deems just and proper. |
| Supporting Papers: | Government's Motion to Strike Claimant's Counterclaim. |

Dated: September 30, 2013

                                        Richard S. Hartunian
                                        United States Attorney

                                        By: *S/Gwendolyn E. Carroll*

                                        Assistant United States Attorney
                                        Bar Roll No.: 515777
                                        Attorney for Plaintiff
                                        445 Broadway
                                        Albany, New York 12207